FILED
CLERK, U.S. DISTRICT COURT
MAY 4 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 02 CR 682 |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |
| William Rouse, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Cent. Dist. Calif._ for alleged violation(s) of the terms and conditions of probation or supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _history of drug and alcohol abuse, FTAs for ct appearance and drug testing, prior revocation proceeding._

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3143(a))**

1
2
3  and/ or
4  B. [X]  The defendant has not met his/her burden of establishing by clear and
5             convincing evidence that he/she is not likely to pose a danger to the
6             safety of any other person or the community if released under 18 U.S.C. §
7             3142(b) or (c). This finding is based on the following:
8  *Prior criminal history, prior drug and*
9  *alcohol abuse, 2005 recent criminal convictions*
10 *resulting in revocation, recent arrest*
11 *for DUI*
12
13 IT THEREFORE IS ORDERED that the defendant be detained pending the further
14 revocation proceedings.
15
16 Dated: 5/4/07                          _____
17                                         HONORABLE OSWALD PARADA
                                          United States Magistrate Judge